AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

**\*\*\*\*** DISTRICT OF NEVADA

TANIKO SMITH,

    Plaintiff,

v.

ISIDRO BACA, et al.,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:16-cv-00456-MMD-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that the due process claim is dismissed, with prejudice, against Defendants Baca, Ward, and McDaniel, as amendment would be futile.
    **IT IS FURTHER ORDERED** that the equal protection claim is dismissed, with prejudice, against Defendants Baca, Ward, and McDaniel, as amendment would be futile.
    **IT IS FURTHER ORDERED** that the Court certifies that any *in forma pauperis* appeal would not be taken "in good faith" pursuant to 28 USC 1915(a)(3).

April 28, 2017

**DEBRA K. KEMPI**
Clerk

/s/ K. Rusin
Deputy Clerk