**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

TANIKO SMITH, et al.,

    Plaintiffs,

v.

ISIDRO BACA, et al.,

    Defendants.

Case No. 3:16-cv-00456-MMD-CLB

**ORDER**

Before the court is Plaintiff Taniko Smith's ("Smith") Motion for Judgment Pursuant to Fed.R.Civ.P. 50(a)(2), (ECF No. 76), and Smith's Motion to Request an Extension of Time to Reply (ECF No. 78).

On August 20, 2020, the District Court referred this case to the Pro Bono Program for appointment of counsel. (*See* ECF No. 75). Accordingly, Smith's Motion for Judgment (ECF No. 76) is **DENIED**, with leave to refile upon appointment of counsel. The motion for extension of time to reply to the motion for judgment (ECF No. 78) is **DENIED** as moot.

**IT IS SO ORDERED.**

**DATED**: October 19, 2020

_____
**UNITED STATES MAGISTRATE JUDGE**