UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO SMITH, et al. | Case No. 3:16-CV-0456-MMD-CLB |
| Plaintiffs, | **ORDER** |
| v. | |
| ISIDRO BACA, et al., | |
| Defendants. | |

Before the Court is Plaintiffs' motion to terminate law student admission of Casey Turi. (ECF No. 93.) The court orders counsel for Plaintiff to file, *under seal,* the following information: 1) the last known address, telephone number(s), and email address(es) of Casey Turi, and 2) the name and contact information for the representative at Legal Aid of Southern Nevada who assisted with the pro bono appointment and placement of Ms. Turi with counsel for Plaintiff in this case. This information shall be filed on or before **Monday, August 2, 2021**.

DATED: July 27, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**