UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO SMITH, et al.<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 3:16-CV-0456-MMD-CLB<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY**<br><br>[ECF No. 91] |

Before the Court is Plaintiff's motion to compel discovery from Defendants. (ECF No. 91.) Defendants' opposition to this motion was originally due on Friday, July 9, 2021. However, the Court granted Defendants an extension of time to file the opposition until July 23, 2021. (ECF No. 95.) To date, Defendants have not filed an opposition, nor have they requested any additional extensions of time to file any opposition. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . shall constitute a consent to the granting of the motion. Therefore, Plaintiff's motion to compel, (ECF No. 91), is **GRANTED**. Defendants are ordered to produce the discovery outlined in Plaintiff's motion on or before August 13, 2021. (*Id.* at 6-13.)

DATED: August 2, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**