**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

* * *

TANIKO SMITH, *et al.*,

    Plaintiffs,

 v.

ISIDRO BACA, *et al.*,

    Defendants.

Case No. 3:16-cv-0456-MMD-CLB

**ORDER TO APPEAR AT SETTLEMENT
CONFERENCE VIA ZOOM**

   The parties agreed to a settlement conference during a motion hearing on September 16, 2021. (ECF No. 116.)  At the time of the hearing, the Court was under the mistaken impression that Plaintiff Taniko Smith ("Smith") remained incarcerated at the Northern Nevada Correctional Center ("NNCC") and ordered NNCC Warden Perry Russell to attend the settlement conference via Zoom. The Court has since learned that Smith is currently incarcerated at the Southern Desert Correctional Center ("SDCC"). Therefore, the Court excuses the appearance of NNCC Warden Perry Russell and orders SDCC Warden William Hutchings to attend the settlement conference set for September 30, 2021 at 11:00 a.m. via Zoom.

**DATED**:  September 23, 2021.

_____
**UNITED STATES MAGISTRATE JUDGE**