# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

TANIKO SMITH and ELSIE SPELL,

    Plaintiff

v.

ISIDRO BACA, et al.,

    Defendants

Case No.: 3:16-cv-00456-MMD-CSD

**Order**

On March 3, 2022, the court denied Plaintiffs' motion for reconsideration of Plaintiffs' motion for appointment of counsel and motion for a 180-day extension. However, the court gave Plaintiffs up to April 11, 2022, to secure substitute counsel. The court ordered the case would remain stayed until that deadline expired, at which point the court would determine whether to hold a status conference and re-set scheduling order deadlines. (ECF No. 136.)

Plaintiffs did not timely file a notice that they had secured substitute counsel, and a notice of appearance has not been filed by substitute counsel. Therefore, on or before **April 26, 2022**, the parties shall file a **joint** status report, no longer than **5 pages** in length, addressing their positions on the following issues:

(1) what discovery remains to be completed;

(2) whether they contemplate the filing of additional dispositive motions, and if so, setting forth the anticipated basis of those motions (given that there have already been cross-motions for summary judgment filed in this case);

(3) any other issues that need to be addressed in advance of trial, including whether Defendants intend to file a motion to enforce the settlement agreement; and

(4) proposed deadlines for the completion of discovery and any additional dispositive motions.

On receipt of the joint status report, the court will determine whether a status conference is necessary, and/or will issue an order concerning any new deadlines.

**IT IS SO ORDERED**.

Dated: April 12, 2022

_____
Craig S. Denney
United States Magistrate Judge