UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO SMITH and ELSIE SPELL,<br><br>    Plaintiffs,<br><br>v.<br><br>ISIDRO BACA, et al.,<br><br>    Defendants | Case No.: 3:16-cv-00456-MMD-CSD<br><br>**Order**<br><br>Re: ECF No. 140 |

The parties, through counsel, have filed a joint status report requesting a stay for 30 days to engage in informal settlement discussions.

The parties' request is **GRANTED**. Any further deadlines, including discovery completion and dispositive motions deadlines, are stayed for 30 days, until **May 26, 2022**. On or before **May 26, 2022**, the parties shall file either a notice advising the court that this matter has settled, or, if the settlement negotiations are unsuccessful, a joint status report addressing the following: (1) what discovery remains to be completed; (2) whether they contemplate filing additional dispositive motions, and if so, the anticipated basis of those motions (given that there have already been cross-motions for summary judgment filed in this case); (3) proposed discovery completion and dispositive motions deadlines; and (4) any other issues that need to be addressed in advance of trial.

**IT IS SO ORDERED**.

Dated: April 26, 2022

_____
Craig S. Denney
United States Magistrate Judge