AARON D. FORD
  Attorney General
DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
State of Nevada
100 N. Carson Street
Carson City, NV  89701-4717
Tel:  (775) 684-1150
E-mail:  drands@ag.nv.gov

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TANIKO SMITH and ELSIE SPELL,<br><br>             Plaintiffs,<br><br>vs.<br><br>ISIDRO BACA, et al.<br><br>             Defendants. | Case No.  3:16-cv-00456-MMD-CSD<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiffs, Taniko Smith and Elsie Spell, by and through Counsel, Gallian Welker & Associates, LC and Travis Barrick, Esq. and Defendants, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Douglas R. Rands, Senior Deputy Attorney General, hereby stipulate that the above-captioned action should be dismissed with prejudice by order of this Court, with each party to bear their own costs.

DATED this 11th day of April 2023.

GALLIAN WELKER and
ASSOCIATES, L.C.

By: __/s/ Travis N. Barrick_____
TRAVIS BARRICK, Bar No. 9257
*Attorney for Plaintiffs*

DATED this 11th day of April 2023.

AARON D. FORD
Attorney General

By: */s/ Douglas R. Rands*_____
  DOUGLAS R. RANDS, Bar No. 3572
  Senior Deputy Attorney General
   *Attorneys for Defendants*

**IT IS SO ORDERED.**

Dated: April 11, 2023

_____
**UNITED STATES DISTRICT JUDGE**

1

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the State of Nevada, Office of the Attorney General, and that on the 11th day of April, 2023, I electronically filed the foregoing, **STIPULATION FOR DISMISSAL WITH PREJUDICE**, via this Court's electronic filing system. Parties that are registered with this Court's electronic filing system will be served electronically. For those parties not registered, service was made by depositing a copy for mailing in the United States Mail, first-class postage prepaid, at Carson City, Nevada, addressed to the following:

Travis N. Barrick, Esq,
Nathan E. Lawrence, Esq.,
GALLIAN WELKER & ASSOCIATES, LC
730 Las Vegas Boulevard South, Suite 104
Las Vegas, Nevada 89101

/s/ Roberta W. Bibee
An employee of the
Office of the Attorney General